In the Matter of UNITED PIECE DYE WORKS, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Appellants.

Argued May 25, 1954; decided July 14, 1954.

*Adrian P. Burke*, Corporation Counsel (*Leroy Mandle, Seymour B. Quel* and *Stanley B. Buchsbaum* of counsel), for appellants.

*Phillip W. Haberman, Jr., Wilbur H. Friedman* and *Gerald Silbert* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.